Mark E. Ellis - 127159
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
liglesias@ellislawgrp.com

Attorneys for Defendant THE TEHAMA LAW GROUP, P.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CONSUELO GRIEGO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TEHAMA LAW GROUP, P.C. a California Corporation; KES NARBUTAS, individually and in his official capacity; ERIC WILSON, individually and in his official capacity; MATTHEW WRIGHT, individually and in his official capacity; PATELCO CREDIT UNION, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:<br><br>Santa Clara Case No: 20CV363709<br><br>**DEFENDANT THE TEHAMA LAW GROUP, P.C.'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following persons or entities, other than the named parties, have a financial interest in the subject matter of this litigation or an interest that could be substantially affected by the outcome of the proceeding:

| Entity | Relationship to Party |
|---|---|
| Maria Consuelo Griego | Plaintiff |
| Kes Narbutas | Defendant |
| Eric Wilson | Defendant |

| Matthew Wright | Defendant |
| Patelco Credit Union | Defendant |

Dated: April 9, 2020

                        ELLIS LAW GROUP LLP

                    By  */s/ Lawrence K. Iglesias*
                        Lawrence K. Iglesias
                        Attorney for Defendant
                        THE TEHAMA LAW GROUP, P.C.

# CERTIFICATE OF SERVICE

I, Jan Hyde, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On April 9, 2020, I served the following document(s) on the parties in the within action:

**DEFENDANT THE TEHAMA LAW GROUP, P.C.'S CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Fred W. Schwinn<br>Raeon R. Roulston<br>Matthew c. Salmonsen<br>Consumer Law Center, Inc.<br>1435 Koll Circle<br>Suite 104<br>San Jose, CA 95112-4610 | Attorneys for Plaintiff<br>MARIA CONSUELO GRIEGO |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on April 9, 2020.

By _____
Jan Hyde

DEFENDANT THE TEHAMA LAW GROUP, P.C.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT